IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION

DUANE GONDER                                                                 PLAINTIFF

VS.                                  4:18-CV-00507-BRW

EILEEN WOODS HARRISON-MAGNESS                                  DEFENDANT

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] In fact, under the screening requirements of the PLRA, a court is required to dismiss a frivolous complaint.[2] Because Plaintiff's complaint is nonsensical and fails to state a cause of action against Defendant for which relief may be granted, this case is DISMISSED.

Dismissal of this case constitute a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).[3]

I certify that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith.

IT IS SO ORDERED this 16th day of August, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] 28 U.S.C. § 1915A(a).

[3] The statute provides that a prisoner may not file an in forma pauperis civil rights action or appeal if the prisoner has, on three or more prior occasions, filed an action or appeal that was dismissed as frivolous, malicious or for failure to state a claim, unless the prisoner is under imminent danger of serious physical injury.